| | | | |
|---|---|---|---|
| | AUSA: | Thomas Franzinger | Telephone: (313) 226-9774 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Candace Booth, A.T.F. | Telephone: (313) 202-3450 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.
Justin W. HINTON

Case: 2:19-mj-30219
Judge: Unassigned,
Filed: 04-30-2019 At 11:05 AM
USA v. SEALED MATTER(CMP)(MLW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 5, 2018__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Candace A. Booth, A.T.F.
Printed name and title

Sworn to before me and signed in my presence.

Date: April 30, 2019

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Antony P. Patti, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Candace Booth, being duly sworn, do hereby state the following:

## INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) assigned to the Ann Arbor Field Office. I have worked for the ATF for approximately ten years. Prior to ATF, I worked for the United States Border Patrol as a Patrol Agent for approximately two years. I have been involved in numerous firearm and narcotics investigations and have been the affiant on numerous federal search warrants and federal criminal complaints. I have had training at the Federal Law Enforcement Training Center (FLETC) in the Criminal Investigator Training Program and ATF Special Agent Basic Training.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge in this matter.

3. The Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) is conducting an ongoing investigation of Justin W. HINTON (a previously convicted felon). ATF is investigating HINTON for a violation of 18 U.S.C. § 922(g)(1)

(Possession of a Firearm by a Prohibited Person) that occurred during July 2018, in the Eastern District of Michigan.

4. According to state records, HINTON has at least the following felony convictions:

    a. 2003 - Controlled Substance- Deliver/MFG Less Than 50 Grams

    b. 2004 - Larceny From The Person

    c. 2004 - Weapons- Carrying Concealed, Weapons, Possession by a Felon, Police Officer- Assaulting/Resisting/Obstructing

    d. 2004 - Controlled Substance- Possess Less Than 25 Grams

    e. 2006 - Police Officer-Flee-3rd Degree-Vehicle, Police Officer- Assault/Resist/Obstruct

    f. 2012- Police Officer- Flee-3rd Degree-Vehicle, Controlled Substance- Possess Less Than 25 Grams

    g. 2012 - Controlled Substance- Deliver/MFG Less Than 50 Grams

**INVESTIGATION AND PROBABLE CAUSE**

5. On July 5, 2018, at approximately 2:00 a.m., Ypsilanti Police Department responded a report that shots had been fired during a Fourth of July block party in the area of Second Avenue and Frederick Street in Ypsilanti, Michigan.

6. Witnesses reported that two young males began fighting. At some point during the fight, a few individuals attempted to break up the fight and multiple shots were fired. Four individuals went to the hospital for gunshot wounds.

7. On July 5, 2018, during the course of the investigation, police recovered two firearms related to the shootings. One of the firearms, a Glock, model 27, .40 caliber pistol, serial number FFF915, was recovered from a vehicle that had immediately transported one of the gunshot victims (VIC-1) to the hospital immediately after the shooting. DNA samples were taken from the firearm's grip and sent to the Michigan State Police (MSP) forensic laboratory for analysis, which was able to build a DNA profile from the samples.

8. SA Booth had this DNA profile compared to other known profiles within the Consolidated DNA Index System (CODIS). The MSP laboratory found a match between the DNA profile obtained from the firearm grip with the DNA profile of HINTON. HINTON's DNA profile was contained within CODIS due to his previous felony convictions.

9. SA Booth also interviewed one of the gunshot victims (VIC-2) from the block party. VIC-2 sustained multiple gunshot wounds while trying to break up the fight. VIC-2 identified HINTON and stated that he saw HINTON was near the

3

scene of the shooting because HINTON helped put VIC-2 in a vehicle that took him to the hospital.

10. Additionally, SA Booth interviewed two witnesses who saw HINTON take possession of the Glock 27 firearm in April 2018.

11. ATF Interstate Nexus Expert ATF S/A Michael Bolf stated that the Glock, model 27, .40 caliber pistol, and serial number FFF915, was manufactured outside of the state of Michigan, and therefore had traveled in and affected interstate commerce.

## **CONCLUSION**

12. Based upon the above information, probable cause exists to believe Justin HINTON, a convicted felon, was in possession of the above described firearm, said firearm having travelled in interstate commerce, in violation of Title 18 U.S.C., Section 922(g)(1).

Candace A. Booth
Special Agent, ATF

Sworn to and subscribed to me in my presence and/or by reliable electronic means on 30th day of April, 2019

HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE